IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos.  CR-98-03-S-BLW |
| | ) | CV-00-102-S-BLW |
| v. | ) | |
| | ) | **ORDER** |
| DONALD PATRICK DYER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      The Court previously entered an Order (Docket No. 81) advising Defendant that if he filed a declaration conforming with Federal Rule of Appellate Procedure 4(c)(1) and 28 U.S.C. § 1746, the Court would deem his Notice of Appeal as filed effective January 5, 2004.  His Notice of Appeal had been docketed as a Motion for Certificate of Appealability (Docket No. 78).  Defendant has since filed an appropriate declaration (Docket No. 82).  Accordingly, the Court will deem his Motion for Certificate of Appealability as filed January 5, 2004.  He has also filed several other motions for which he has requested conformed copies.  *See* Docket Nos. 83-86.

**Order - 1**

## CERTIFICATE OF APPEALABILITY

A defendant cannot appeal from the denial or dismissal of a proceeding under 28 U.S.C. § 2255 unless he has first obtained a certificate of appealability (COA). 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). A COA will issue only when a defendant has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A defendant satisfies this standard by demonstrating that reasonable jurists would find debatable both the merits of the constitutional claims and any dispositive procedural rulings by the district court. *Miller-El v. Cockrell*, 537 U.S. at 336.

In this case, the Court entered an Order (Docket No. 74) dismissing with prejudice Defendant's § 2255 Motion pursuant to the Withdrawal of 28 U.S.C. § 2255 Claims of Ineffectual Counsel (Docket No. 73) filed by defense counsel after the evidentiary hearing but prior to the Court's decision on the claims. Having requested the dismissal of his claims, Defendant cannot now make a substantial showing of the denial of a constitutional right. Therefore, the request for a COA will be denied. Defendant may still request a COA from the Ninth Circuit Court of Appeals, pursuant to Federal Rule of Appellate Procedure 22(b).

**ORDER**

NOW THEREFORE IT IS HEREBY ORDERED that Defendant's Request for Certificate of Appealability (Docket No. 78) is DENIED. The Clerk of Court is ordered to forward a copy of this Order and the Notice of Appeal and/or Request for Certificate of Appealability to the Ninth Circuit Court of Appeals. If requested by the Ninth Circuit, the Clerk of Court shall forward that portion of the record beginning with the filing of the 28 U.S.C. § 2255 motion. Otherwise, the Ninth Circuit shall obtain the record from the District Court website at www.id.uscourts.gov.

IT IS FURTHER HEREBY ORDERED that Defendant's Motion for Extension of Time to File Application for Certificate of Appealability (Docket No. 83) and Motion for Certificate of Appealability (Docket No. 86) are MOOT.

IT IS FURTHER HEREBY ORDERED that Defendant's Motion for Leave to Appeal in Forma Pauperis (Docket No. 84) and Motion for Preparation of Transcripts (Docket No. 85) are DENIED.

IT IS FURTHER HEREBY ORDERED that the Clerk of Court mail to

Defendant copies of the motions filed as Docket Nos. 83-86.



DATED: **January 27, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 4